UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| RONALD G. WARREN, | ) | |
| (Social Security No. XXX-XX-1219) | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 3:12-cv-71-WGH-RLY |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |

**FINAL JUDGMENT ENTRY**

The court, having this day made its entry,

**IT IS THEREFORE ADJUDGED** that the final decision of the Commissioner that Ronald G. Warren was not entitled to Disability Insurance Benefits or Supplemental Security Income based on his applications filed on July 10, 2009, is **AFFIRMED**.

**Entered:**   July 9, 2013

_William G. Hussmann, Jr._
William G. Hussmann, Jr.
United States Magistrate Judge
Southern District of Indiana

Laura Briggs, Clerk
U.S. District Court

_Nicole R. Neff_
By:   Deputy Clerk

**Distributed to all ECF-registered counsel of record via email.**